IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02574-PAB-MEH

DAVID MENGHINI,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2013.**

     Pursuant to Fed. R. Civ. P. 15(a) and in the interest of justice, Defendant's unopposed[1] Motion for Leave to File Amended Answer to Plaintiff's Complaint [filed January 29, 2013; docket #22] is **granted**. Defendant shall file its Amended Answer and Jury Demand, **in accordance with D.C. Colo. LCivR 10.1E**, on or before March 1, 2013.

---

[1]Plaintiff failed to file a response to the motion within the time allotted by D.C. Colo. LCivR 7.1C.